THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROLE HOLLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC RIM CAPITAL ALLIANCE CORPORATION, d/b/a CHECKMATE and DOES 1-10, individually and severally,<br><br>    Defendants. | No. C04-5597 JKA<br><br>ORDER GRANTING AGREED MOTION TO CONTINUE CERTAIN DEADLINES |

    Plaintiff Carole Holland and defendant Pacific Rim Capital Alliance Corporation jointly requested that the Court modify the Scheduling Order (Ct. Dkt. 14) in this case.

    The Court considered the parties' joint motion and deeming itself fully informed, orders as follows:

    1.    The agreed motion to modify the Scheduling Order is granted.

    2.    The deadlines for the following events are modified as follows:

| Event | New Deadline |
|---|---|
| Disclosure of Expert Testimony | September 16, 2005 |
| Last Date to file Motions Related to Discovery | September 30, 2005 |
| Date for Completion of Discovery | September 30, 2005 |

ORDER GRANTING AGREED MOTION TO
CONTINUE CERTAIN DEADLINES -- 1

No. C04-5597 JKA
M31437-634798

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Last Date to File Dispositive Motions October 25, 2005

3. All other deadlines remain as established in the Court's August 17, 2005, Scheduling Order.

Dated this 22 day of August, 2005

        */s/ J. Kelley Arnold*
        J. KELLEY ARNOLD
        UNITED STATES MAGISTRATE JUDGE

Jointly presented by:

| GRAHAM & DUNN PC | THE BETKER LAW FIRM, PC |
|---|---|
| By /s/ Michael G. Atkins | By /s/ Michael G. Atkins for |
| Michael G. Atkins | Mary A. Betker |
| WSBA# 26026 | WSBA# 30429 |
| Email: matkins@grahamdunn.com | Email: attorneymary@aol.com |
| Attorneys for Pacific Rim Capital Alliance Corporation | Attorneys for Carole Holland |

ORDER GRANTING AGREED MOTION TO
CONTINUE CERTAIN DEADLINES -- 2

No. C04-5597 JKA

M31437-634798

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599