THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROLE HOLLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC RIM CAPITAL ALLIANCE CORPORATION, d/b/a CHECKMATE and DOES 1-10, individually and severally,<br><br>    Defendants. | No. C04-5597 JKA<br><br>ORDER DISMISSING PLAINTIFF'S CLAIM FOR DAMAGES RELATED TO EMOTIONAL DISTRESS |

Based on the Stipulation filed contemporaneously with this proposed Order, the Court orders as follows:

1. Plaintiff's claim for damages related to emotional distress is dismissed with prejudice.

2. No fees or costs are awarded to either party related to that claim.

ORDER DISMISSING PLAINTIFF'S CLAIM
FOR DAMAGES RELATED TO
EMOTIONAL DISTRESS-- 1
No. C04-5597 JKA
m31437-646081.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

DATED: October 4, 2005

*/s/ J. Kelley Arnold*

HON. J. KELLEY ARNOLD

UNITED STATES MAGISTRATE JUDGE


Jointly presented by:

/s/ Michael G. Atkins
WSBA No. 26026
**Graham & Dunn PC**
Pier 70
2801 Alaskan Way, #300
Seattle, WA  98121-1128
Tel:  206-624-8300
Fax: 206-340-9599
Email: MAtkins@grahamdunn.com
*Attorneys for Defendant Pacific Rim*

/s/ Mary Anne Betker
WSBA No. 30429
**The Bosley-Betker Law Firm PC**
3140 Evergreen Way, #3-A
Washougal, WA  98671-2046
Tel:  360-335-9000
Fax: 360-335-9001
Email: attorneymary@aol.com
Attorneys for Plaintiff

ORDER DISMISSING PLAINTIFF'S CLAIM
FOR DAMAGES RELATED TO
EMOTIONAL DISTRESS-- 2

No. C04-5597 JKA

m31437-646081.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599