1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

7

CAROLE HOLLAND,

8
                            Plaintiff,                    **Case No.** C 04-5597 JKA
         v.

9                                                        ORDER DENYING MOTION
   PACIFIC RIM CAPITAL ALLIANCE                          FOR RECONSIDERATION
10 CORPORATION, d/b/a/ CHECKMATE and                     (Docket #29)
   DOES 1-10 jointly and severally,

11
                            Defendants.

12
13

14      THIS MATTER comes before the court in response to two undated letters addressed to the

15 undersigned, signed by the plaintiff, and  filed with the court March 3, 2006 (Doc.29).  Although not

16 denominated as such, the court is treating the correspondence as a motion to reconsider the Order Granting

17 Defendants Motion for Summary Judgment dated November 3, 2005 (Doc. 27).

18
        Motions for Reconsideration are governed by Local Rul 7(h) which provides as follows:

19
                **Motions for Reconsideration**
20              (1) Standard.  Motions for reconsideration are disfavored.  The court will
                ordinarily deny such motions in the absence of a showing of manifest error
21              in the prior ruling or a showing of new facts or legal authority which could
                not have been brought to its attention earlier with reasonable diligence.
22              (2) Procedure and Timing.  A motion for reconsideration shall be plainly
                labeled as such.  The motion shall be filed within ten judicial days following
23              the order to which it relates. . . . . . . Failure to comply with this subsection may
                be grounds for denial of the motion.  The pendency of a motion for reconsideration
24              shall not stay discovery or any other procedure.
                (3) Response.  No response to a motion for reconsideration shall be filed unless
25              requested by the court.   No motion for reconsideration will be granted without
                such a request. . . . . .
26

27      There is no showing of manifest error in plaintiff's correspondence.  There is no offer of new facts or

28 legal authority that could not have been brought to the court's attention earlier with reasonable diligence.

Plaintiff's correspondence is dated three months following the entry of the order granting summary judgment.

There is no explanation for the inordinate delay.

.  Viewed as anything other than a Motion for Reconsideration plaintiff's correspondence (Doc. 29) does meet the requirements for generating a response. **To the extent plaintiff's correspondence is a Motion for Reconsideration it is denied**

March 22, 2006.


 */s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2